# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EDGAR BURROLA,

    Plaintiff(s),

v.

MARK WOMACK, et al.,

    Defendant(s).

Case No. 2:23-cv-00006-ART-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). To the extent Defendants seek to stay discovery, they must file a motion for such relief by March 20, 2023, addressing the pertinent standards. *See Kor Media Grp., LLC v. Green*, 294 F.R.D 579 (D. Nev. 2013). If a motion to stay discovery is filed by that date, discovery will be stayed on an interim basis pending resolution of that request. If a motion to stay discovery is not filed by that date, the parties must file a joint discovery plan by March 27, 2023.

IT IS SO ORDERED.

Dated: March 6, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1