UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| EDGAR BURROLA, | Case No. 2:23-cv-00006-ART-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARC WOMACK, and TD AUTO FINANCE, | |
| Defendants. | |

Before the Court is Defendants' TD Auto Finance and Marc Womack's Motion to Dismiss. (ECF No. 3). Plaintiff Edgar Burrola ("Burrola") failed to oppose Defendants' Motion to Dismiss. Under Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." LR 7-2(d).

Because Burrola's failure to respond to Defendants' Motion to Dismiss (ECF No. 3) constitutes consent to the granting of the motion under the local rules the Court grants Defendants' Motion to Dismiss.

It is therefore ordered that Defendants' Motion to Dismiss is GRANTED.

It is further ordered that this case is dismissed without prejudice.

The clerk of court is respectfully directed to close this case.

DATED THIS 13th day of July 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1